JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY CARL BRIMMER,<br><br>Petitioner,<br><br>v.<br><br>NEIL MCDOWELL, Warden,<br><br>Respondent. | Case No. EDCV 15-1460-DDP (KK)<br><br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: April 5, 2016

_____
HONORABLE DEAN D. PREGERSON
United States District Judge